ORIGINAL

FILED
U.S. DISTRICT COURT

2007 MAR 28 AM 9: 32

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| JAMES M. WILLIAMS, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CV 306-062 |
| MEDICAL STAFF AT WHEELER CORRECTIONAL FACILITY and FNU BLACKBURN, Nurse, | ) ) ) ) | |
| Defendants. | ) ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's complaint is **DISMISSED** for failure to state a claim upon which relief can be granted, and this civil action shall be **CLOSED**.

SO ORDERED this **27** day of March, 2007.

JOHN F. NANGLE
UNITED STATES DISTRICT JUDGE